odsmcc1 (04/10)



In Re:  **Alverta Louise Norris**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

Case No.:  **16−00601**
Chapter:  **13**

### ORDER DISMISSING CASE
========================

The debtor having failed to respond to the court's Order to File Mailing Matrix or Show Cause (Dkt. No. 8), it is hereby

ORDERED that the above captioned chapter **13** case (Case No. **16−00601** ) is DISMISSED without prejudice, and the case will be closed without a discharge having been entered.

Copies to: All entities on BNC mailing list.

_____

Dated:  11/29/16

For the Court: **Clerk of the Court**

By:
pl