The order below is hereby signed.

Signed: December 16 2016



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ALVERTA LOUISE NORRIS, | ) | Case No. 16-00601 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

ORDER DENYING MOTION TO WAIVE
REQUIREMENT OF PREPETITION CREDIT COUNSELING

Pursuant to the court's decision at a hearing of December 16, 2016, it is

ORDERED that the debtor's motion (Dkt. No. 5) to waive the 11 U.S.C. § 109(h) requirement of prepetition credit counseling is DENIED.

[Signed and dated above.]

Copies to: Debtor; recipients of e-notification of orders.